**No. 69403.**—E. R. Samsey *v.* United States, protest 61/6232 (Cleveland).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of steel bandsaws in coils similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of plaintiff was sustained.

**No. 69404.**—National Silver Co. *v.* United States, protest 64/20709 (San Diego).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of brass-plated iron nutcrackers similar in all material respects, except as to component material of chief value, to those the subject of *Henry A. Wess, Inc.* v. *United States* (52 Cust. Ct. 115, C.D. 2446), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 23, 1965

**No. 69405.**—W. Kay Company, Inc. *v.* United States, protests 289652–K, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the items marked "B" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "A" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.